AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED**
APR - 2 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>4230 UNIVERSITY DRIVE<br>FAIRFAX, VIRGINIA 23227 | ) ) ) ) ) ) )   Case No.   1:20-sw-325<br><br>Under Seal |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Virginia__
*(identify the person or describe the property to be searched and give its location)*:

4230 UNIVERSITY DRIVE, FAIRFAX, VIRGINIA 23227, as described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before __March 25, 2020__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Theresa Carroll Buchanan__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   March 11, 2020   3:20 p

/s/ Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state:   Alexandria, Virginia     Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:20-sw-325 | Date and time warrant executed: 3-18-2020 | Copy of warrant and inventory left with: MUSTAFA SUNGUR |
|---|---|---|

Inventory made in the presence of:
SEIZED PROPERTY SPECIALIST RAYMOND RANDALL

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED ITEMS SEIZED

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-31-2020

_____
Executing officer's signature

GORDON CUMMINGS, SPECIAL AGENT
Printed name and title
HSI

# Items Seized

Case DC02PS20DC0001
Subj: DAVUD SUNGUR
Addre 4230 UNIVERSITY DRIVE, FAIRFAX, VA
Date: 3/18/2020

| Line | Description | S/N | QTY | UM | Room | Room Description | Location | Locating Investigator | Witness | Bag # |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MAC BOOK AIR | C1MX68ACJ1WK | 1 | EA | M | BEDROOM 4 | ON DESK | MINYON | PICKERING | L2982050 |
| 002 | SIGARMS HAMMERLI .22 PISTOL | 49082 | 1 | EA | G | BEDROOM 2 | GREEN GUN BAG | FOSTER | TARAD | L2982053 |
| 003 | .22 CALIBER MAGAZINES | N/A | 2 | EA | G | BEDROOM 2 | GREEN GUN BAG | FOSTER | TARAD | L2982052 |
| 004 | .22 CALIBER AMMUNITION | N/A | 65 | EA | G | BEDROOM 2 | GREEN GUN BAG | FOSTER | TARAD | L2982051 |
| 005 | BLACK MAC 11 | 89-0009159 | 1 | EA | M | BEDROOM 4 | CLOSET SHELF | MINYON | MARTINEZ | L2982057 |
| 006 | MAC 11 MAGAZINES | N/A | 3 | EA | M | BEDROOM 4 | CLOSET SHELF | MINYON | MARTINEZ | A6191304 |
| 007 | MAC 11 9 MM ROUNDS | N/A | 66 | EA | M | BEDROOM 4 | CLOSET SHELF | MINYON | MARTINEZ | A6191301 |
| 008 | 9 MM AMMUNITION | N/A | | | M | BEDROOM 4 | IN CLOSET | MINYON | MARTINEZ | X097165 |
| 009 | 3D PRINTER | P201110C04767 | 1 | EA | M | BEDROOM 4 | ON FLOOR UNDER WINDOW | MINYON | MARTINEZ | BOX |
| 010 | MISC. USB THUMB DRIVES | | 6 | EA | M | BEDROOM 4 | ON SHELF BOOK CASE | MINYON | MARTINEZ | A6191299 |
| 011 | NOTE BOOK AND LEDGER | | 1 | EA | M | BEDROOM 4 | ON DESK | MINYON | MARTINEZ | A6191302 |
| 012 | BILL OF SALE | | 1 | EA | M | BEDROOM 4 | ON DESK | MINYON | MARTINEZ | A6191303 |
| 013 | NOTEBOOK | | 1 | EA | M | BEDROOM 4 | BOX UNDER BED | MINYON | MARTINEZ | A6191300 |
| 014 | EMPTY AMMO BOXES | | | EA | M | BEDROOM 4 | SHELF | MINYON | MARTINEZ | L2982054 |
| 015 | GUN KITS | | 6 | EA | M | BEDROOM 4 | UNDER BED | MINYON | MARTINEZ | L2982055 |
| 016 | MISC. SHIPPING BOXES&LBLS | | 1 | EA | M | BEDROOM 4 | UNDER BED | MINYON | MARTINEZ | X097111 |
| 017 | GOLD I PHONE | 352026077705381 | 1 | EA | L | 1ST FL OFFICE | DESK | PICKERING | TARAD | L2981960 |
| 018 | MISC. MEMORY CARDS | N/A | 1 | EA | L | 1ST FL OFFICE | DESK | PICKERING | TARAD | L2982058 |
| 019 | EXTERNAL HARD DRIVE | | 2 | EA | L | 1ST FL OFFICE | DESK | PICKERING | TARAD | L2981959 |
| 020 | MICRO SD CARD FROM PRINTER | N/A | 1 | EA | M | BEDROOM 4 | DESK | PICKERING | CHANG | A6536230 |
| 021 | I PHONE ROSE GOLD A1687 | BCG-E2944A | 1 | EA | | #N/A | PERSONAL PROPERTY ON VIOLATOR | CUMMINGS | | A6191392 |
| 022 | WALLET W/ MISC. DOCS | | 1 | EA | | #N/A | PERSONAL PROPERTY ON VIOLATOR | CUMMINGS | | A6191391 |
| 023 | | | | | | #N/A | | | | |
| 024 | | | | | | #N/A | | | | |
| 025 | | | | | | #N/A | | | | |
| 026 | | | | | | #N/A | | | | |
| 027 | | | | | | #N/A | | | | |
| 028 | | | | | | #N/A | | | | |
| 029 | | | | | | #N/A | | | | |
| 030 | | | | | | #N/A | | | | |